# Pepper v. Deakyne, (No. 2).

Argued March 21, 1905. Appeal, No. 55, Jan. T., 1905, by William F. Deakyne, from order of C. P. No. 1, Phila. Co., Dec. T., 1901, No. 2187, dismissing exceptions to auditor's report in case of Joseph W. Pepper, Successor of John W. Pepper and H. H. Pigott, Guardians of the Estate of Minor Children of J. Howard Gibson, Deceased, v. William F. Deakyne, Mortgagor and the Arlington Hotel and Improvement Company, Real Owner. Before FELL, BROWN, MESTREZAT, POTTER and ELKIN, JJ. Reversed.

*William S. Divine*, for appellant.

*E. Spencer Miller*, with him *John L. Kinsey*, city solicitor, and *W. H . Wilson*, assistant city solicitor, for appellees.

PER CURIAM, May 22, 1905:

The questions presented by this appeal were decided in Pepper v. Deakyne, ante, p. 181. Both appeals are from the

same order confirming the report of an auditor appointed to award distribution of money paid by purchasers at a sheriff's sale, and the rule governing them is the same.

The decree is reversed for the reasons stated in the opinion of the chief justice in No. 147.